NO. 07-06-0299-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

SEPTEMBER 13, 2006

______________________________

RITA MORENO ANDRADE, Individually and as Representative

of the Estate of JOSE ISABEL ANDRADE, Deceased, and as

Next Friend for GUSTAVO ANDRADE MORENO, a Minor Child;

ISABEL ANDRADE PARRA; BERTHA ANDRADE PARRA;

VICTORIANO ANDRADE PARRA; ESTELA ANDRADE PARRA,

Appellants

V.

DISCOUNT TIRE COMPANY OF TEXAS, INC.,

Appellee

_________________________________

FROM THE 63
rd
 DISTRICT COURT OF VAL VERDE COUNTY;

NO. 24678-B; HON. THOMAS F. LEE, PRESIDING

_______________________________

ORDER DISMISSING APPEAL

       
_______________________________

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ. 

Appellants, by and through their attorneys, have moved to dismiss the appeal numbered above due to all matters having been resolved between the parties.  Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at the request of appellants, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Brian Quinn

          Chief Justice